JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 09-01053-CJC(MLGx)                               Date:  January 26, 2010

Title: YOUNG EUN YOON v. WASHINGTON MUTUAL BANK ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Nancy Boehme                                           N/A
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

The Court having received no opposition or response to the Court's Order to Show Cause issued January 9, 2010, hereby dismisses this action in its entirety.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk NB